

# GLPC | LAW OFFICE OF GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☏ (347) 941-4715

April 10, 2026

## MEMO ENDORSED

Hon. Judge Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **WILLIAMS v. SOMTUM DER NYC INC., et al.**
      **DOCKET NO. 1:26-cv-1223**

Dear Judge Stein:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to request a 30-day adjournment of the initial conference, currently scheduled for April 16, 2026 (Doc. 7). This is plaintiff's first request for an adjournment of the initial conference.

Defendants were served on March 23, 2026, and their time to respond expires on April 13, 2026. To date, no defendant has appeared or otherwise responded to the Complaint. As a result, the parties are not in a position to proceed with the initial conference as scheduled.

Accordingly, Plaintiff respectfully requests that the Court adjourn the initial conference for 30 days to allow Defendants an opportunity to appear before Plaintiff seeks a certificate of default.

I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

**The conference is adjourned to May 18, 2026, at 2:30 p.m. The conference will take place at 500 Pearl Street, New York, Courtroom 23A.**

**Dated: New York, New York**
      **April 10, 2026**

**SO ORDERED:**

**Sidney H. Stein, U.S.D.J.**