

### LAW OFFICE OF
## GLPC GABRIEL A. LEVY, P.C.

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com 📞 (347) 941-4715

May 13, 2026

Hon. Judge Sidney H. Stein             **MEMO ENDORSED**
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

RE:   **WILLIAMS v. SOMTUM DER NYC INC., et al.**
      **DOCKET NO. 1:26-cv-1223**

Dear Judge Stein:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to request a further 30-day adjournment of the initial conference, currently scheduled for May 18, 2026 (Doc. 11).

This is plaintiff's second request for an adjournment of the initial conference. As noted in Plaintiff's prior letter, Defendants have not appeared or otherwise responded to the Complaint. On May 11, 2026, the undersigned spoke with an employee at the subject business, who confirmed awareness of the action but advised that the owners/managers were not present. The undersigned advised the employee of the upcoming conference and provided contact information to be passed along to ownership/management. To date, however, no defendant has appeared in the action or contacted the undersigned. I plan to follow up with the business next week if I do not hear from them sooner.

Accordingly, Plaintiff respectfully requests that the Court adjourn the initial conference for an additional 30 days to allow Defendants a final opportunity to appear before Plaintiff seeks a certificate of default.

I thank the Court for its time and consideration on this matter.

**The conference is adjourned to June 18, 2026, at 11:30 a.m.**

                                                      Respectfully,
**Dated: New York, New York**                         /s/ Gabriel A. Levy
      **May 13, 2026**
                        **SO ORDERED:**

                        _____
                        **Sidney H. Stein, U.S.D.J.**