

**GLPC | LAW OFFICE OF GABRIEL A. LEVY, P.C.**

1129 Northern Boulevard. Suite 404, Manhasset, NY 11030 ✉ Glevy@glpcfirm.com ☎ (347) 941-4715

June 12, 2026

Hon. Judge Sidney H. Stein
United States District Judge
United States Courthouse
500 Pearl Street
New York, NY 10007

**MEMO ENDORSED**

RE:   **WILLIAMS v. SOMTUM DER NYC INC., et al.**
      **DOCKET NO. 1:26-cv-1223**

Dear Judge Stein:

The undersigned represents Jeffery Williams, the plaintiff in the above-referenced matter. I write to provide a status update and to request that the upcoming initial conference, currently scheduled for June 18, 2026, be adjourned sine die (Doc. 13).

As noted in Plaintiff's prior letter, Defendants have not appeared or otherwise responded to the Complaint. Plaintiff previously contacted the subject business on May 11, 2026, and spoke with an employee who confirmed awareness of the action and advised that the owners or managers were not present. Plaintiff provided contact information to be passed along to ownership and management. To date, however, no Defendant has appeared in the action or contacted the undersigned.

Since then, the undersigned has attempted to follow up with the subject business, but the business telephone number is now going straight to voicemail. Plaintiff therefore needs additional time to investigate whether the business remains operational, whether there is another viable contact for Defendants, and whether Plaintiff should proceed with seeking a certificate of default.

I thank the Court for its time and consideration on this matter.

Respectfully,
/s/ Gabriel A. Levy

**The conference is adjourned to July 20 at 2:30 p.m. There will be no further adjournments. Plaintiff is reminded of the time limits in Fed. R. Civ. P. 4(m).**

**Dated: New York, New York**
**June 12, 2026**

SO ORDERED

SIDNEY H. STEIN
U.S.D.J.